Certificate Number: 14912-NJ-DE-031187353

Bankruptcy Case Number: 18-21037



14912-NJ-DE-031187353

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2018, at 2:38 o'clock PM EDT, Milton Adekoya completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 15, 2018            By:   /s/Jai Bhatt

                                 Name: Jai Bhatt

                                 Title: Counselor