BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-21037

| Re: | MILTON W ADEKOYA<br>2616 HAWTHORNE AVENUE<br>UNION, NJ 07083 | Atty: | BRUCE H LEVITT<br>LEVITT & SLAFKES, P.C.<br>515 VALLEY STREET, SUITE 140<br>MAPLEWOOD, NJ 07040 |
|---|---|---|---|

## RECEIPTS AS OF 12/31/2018     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/15/2018 | $729.00 | 4993217000 | 07/03/2018 | $729.00 | 5042416000 |
| 08/01/2018 | $729.00 | 5113118000 | 09/05/2018 | $729.00 | 5210869000 |
| 10/03/2018 | $729.00 | 5285888000 | 11/07/2018 | $729.00 | 5378058000 |
| 12/04/2018 | $729.00 | 5445270000 | | | |

**Total Receipts: $5,103.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,103.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 08/20/2018 | $19.26 | 807,329 | 09/17/2018 | $707.13 | 809,320 |
| | 10/22/2018 | $707.13 | 811,205 | 11/19/2018 | $687.45 | 813,166 |
| | 12/17/2018 | $687.45 | 815,042 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 288.68 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,360.00 | 100.00% | 1,360.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARGON COLLECTION AGEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BRADLEY T. DOOLEN, OD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MORRIS IMAGING ASSOCIATES PA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | PHOENIX FINANCIAL SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PREMIER UROLOGY GROUP-CIU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | REMEX INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SA-VIT COLLECTION AGEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 37,206.57 | 100.00% | 3,495.87 | 33,710.70 |
| 0015 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO BANK CAR | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | PHOENIX FINANCIAL SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 112.00 | 100.00% | 0.00 | 112.00 |

**Total Paid: $5,144.55**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the case was filed, to and including: January 18, 2019.

Receipts: $5,103.00    -    Paid to Claims: $3,495.87    -    Admin Costs Paid: $1,648.68    =    Funds on Hand: $687.45

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.