BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

Re:  MILTON W ADEKOYA
2616 HAWTHORNE AVENUE
UNION,  NJ  07083

Atty:  BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 18-21037

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/15/2018 | $729.00 | 4993217000 | 07/03/2018 | $729.00 | 5042416000 |
| 08/01/2018 | $729.00 | 5113118000 | 09/05/2018 | $729.00 | 5210869000 |
| 10/03/2018 | $729.00 | 5285888000 | 11/07/2018 | $729.00 | 5378058000 |
| 12/04/2018 | $729.00 | 5445270000 | 01/04/2019 | $729.00 | 5518456000 |
| 02/04/2019 | $729.00 | 5595783000 | 03/04/2019 | $729.00 | 5667573000 |
| 04/02/2019 | $729.00 | 5750499000 | 05/03/2019 | $729.00 | 5831819000 |
| 06/04/2019 | $729.00 | 5912955000 | 07/01/2019 | $729.00 | 5982699000 |
| 08/05/2019 | $729.00 | 6071918000 | 09/06/2019 | $729.00 | 6155953000 |
| 10/04/2019 | $729.00 | 6229443000 | 11/06/2019 | $729.00 | 6312485000 |
| 12/04/2019 | $729.00 | 6380148000 | 01/06/2020 | $729.00 | 6461198000 |
| 02/05/2020 | $729.00 | 6538081000 | 03/05/2020 | $729.00 | 6619080000 |
| 04/06/2020 | $729.00 | 6689481000 | 05/04/2020 | $729.00 | 6763564000 |
| 06/09/2020 | $729.00 | 6853397000 | 07/08/2020 | $729.00 | 6926635000 |
| 08/07/2020 | $729.00 | 6997464000 | 09/09/2020 | $729.00 | 7073745000 |
| 10/06/2020 | $729.00 | 7143234000 | 11/09/2020 | $729.00 | 7222320000 |
| 12/16/2020 | $729.00 | 7309403000 | 01/11/2021 | $729.00 | 7369589000 |

**Total Receipts: $23,328.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $23,328.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 08/20/2018 | $19.26 | 807,329 | 09/17/2018 | $707.13 | 809,320 |
| | 10/22/2018 | $707.13 | 811,205 | 11/19/2018 | $687.45 | 813,166 |
| | 12/17/2018 | $687.45 | 815,042 | 01/14/2019 | $687.45 | 816,972 |
| | 02/11/2019 | $687.45 | 818,867 | 03/18/2019 | $687.45 | 820,794 |
| | 04/15/2019 | $687.45 | 822,840 | 05/20/2019 | $687.45 | 824,807 |
| | 06/17/2019 | $699.84 | 826,876 | 07/15/2019 | $699.84 | 828,738 |
| | 08/19/2019 | $699.84 | 830,614 | 09/16/2019 | $699.84 | 832,692 |
| | 10/21/2019 | $718.06 | 834,656 | 11/18/2019 | $691.09 | 836,774 |
| | 12/16/2019 | $691.09 | 838,716 | 01/13/2020 | $691.09 | 840,600 |
| | 02/10/2020 | $691.09 | 842,475 | 03/16/2020 | $691.09 | 844,347 |
| | 04/20/2020 | $691.09 | 846,292 | 05/18/2020 | $656.10 | 848,264 |
| | 06/15/2020 | $656.10 | 849,953 | 07/20/2020 | $674.32 | 851,699 |

**Chapter 13 Case # 18-21037**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 08/17/2020 | $674.32 | 853,587 | | 09/21/2020 | $674.32 | 855,354 |
| | 10/19/2020 | $674.32 | 857,272 | | 11/16/2020 | $674.32 | 859,075 |
| | 12/21/2020 | $674.32 | 860,836 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,351.61 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,360.00 | 100.00% | 1,360.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARGON COLLECTION AGEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BRADLEY T. DOOLEN, OD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MORRIS IMAGING ASSOCIATES PA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | PHOENIX FINANCIAL SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PREMIER UROLOGY GROUP-CIU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | REMEX INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SA-VIT COLLECTION AGEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 37,206.57 | 100.00% | 19,267.75 | 17,938.82 |
| 0015 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO BANK CAR | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | PHOENIX FINANCIAL SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 112.00 | 100.00% | 0.00 | 112.00 |

**Total Paid: $21,979.36**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $23,328.00   -   Paid to Claims: $19,267.75   -   Admin Costs Paid: $2,711.61   =   Funds on Hand: $1,348.64

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.