| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>MILTON W ADEKOYA |

Case No.: 18-21037

Adv. No.:

Hearing Date:  07/14/2021

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/03/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MILTON W ADEKOYA
2616 HAWTHORNE AVENUE
UNION, NJ  07083
Mode of Service:  Regular Mail

Attorney for Debtor(s):
BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040
Mode of Service:  Regular Mail

Dated:  June 03, 2021

By:  /S/ Jessica Antoine
Jessica Antoine