UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Levitt & Slafkes, P.C.
515 Valley Street
Suite 140
Maplewood, NJ 07040
Ph: (973) 313-1200
E-Mail: blevitt@lsbankruptcylaw.com
Attorney for Debtor
By: Bruce H. Levitt (BL9302)

| | |
|---|---|
| In Re: | Case No.: _____18-21037_____ |
| MILTON W. ADEKOYA, | Judge: _____SLM_____ |
| Debtor | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

A hearing has been scheduled for _____, at _____.

☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____July 14, 2021_____, at _10:00 am_.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not
been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):

A consent order has been submitted to the Court reinstating the automatic stay as to U.S. Bank National Association, as trustee, in trustee for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-5

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 6/29/2021 _____

_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*