| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-5 | **Order Filed on June 29, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 18-21037 SLM<br><br>Adv. No.:<br><br>Hearing Date: 5/26/2021 @ 10:00 a.m..<br><br>Judge: Stacey L. Meisel |
| In Re:<br>    Milton W. Adekoya,<br><br>Debtor. | |

## CONSENT ORDER CURING POST-PETITION ARREARS & REINSTATING STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 29, 2021**

                                                         */s/ Stacey L. Meisel*
                                                 Honorable Stacey L. Meisel
                                                 United States Bankruptcy Judge

**(Page 2)**
Debtor:   Milton W. Adekoya
Case No:  18-21037 SLM
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS & REINSTATING STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-5, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 2616 Hawthorne Avenue, Union, NJ, 07083, and the parties having agreed to reinstate the automatic stay, and Bruce H. Levitt, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 3, 2021, Debtor is due for the June 2021 post-petition payment; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2021, directly to Secured Creditor's servicer, SPS, Inc. P.O. Box 65450, Salt Lake City, UT 84165 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that the automatic stay as to 2616 Hawthorne Avenue, Union, NJ, 07083 is hereby reinstated.

**(Page 3)**
Debtor:   Milton W. Adekoya
Case No:  18-21037 SLM
Caption of Order:  CONSENT ORDER CURING POST-PETITION ARREARS & REINSTATING STAY

I hereby agree and consent to the above terms and conditions:

Dated: 6/14/2021

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:

Dated: 6/14/2021

*/s/ Bruce Levitt, Esq.*
BRUCE LEVITT, ESQ., ATTORNEY FOR DEBTOR