BRUCE H LEVITT
LEVITT & SLAFKES, P.C.
515 VALLEY STREET, SUITE 140
MAPLEWOOD, NJ  07040


Re:   MILTON W ADEKOYA　　　　　　　　　　　　　Atty:   BRUCE H LEVITT
      2616 HAWTHORNE AVENUE　　　　　　　　　　　         LEVITT & SLAFKES, P.C.
      UNION, NJ  07083　　　　　　　　　　　　　　　　         515 VALLEY STREET, SUITE 140
      　　　　　　　　　　　　　　　　　　　　　　　　　　         MAPLEWOOD, NJ  07040


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 18-21037

## RECEIPTS AS OF 01/14/2022                         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/15/2018 | $729.00 | 4993217000 | 07/03/2018 | $729.00 | 5042416000 |
| 08/01/2018 | $729.00 | 5113118000 | 09/05/2018 | $729.00 | 5210869000 |
| 10/03/2018 | $729.00 | 5285888000 | 11/07/2018 | $729.00 | 5378058000 |
| 12/04/2018 | $729.00 | 5445270000 | 01/04/2019 | $729.00 | 5518456000 |
| 02/04/2019 | $729.00 | 5595783000 | 03/04/2019 | $729.00 | 5667573000 |
| 04/02/2019 | $729.00 | 5750499000 | 05/03/2019 | $729.00 | 5831819000 |
| 06/04/2019 | $729.00 | 5912955000 | 07/01/2019 | $729.00 | 5982699000 |
| 08/05/2019 | $729.00 | 6071918000 | 09/06/2019 | $729.00 | 6155953000 |
| 10/04/2019 | $729.00 | 6229443000 | 11/06/2019 | $729.00 | 6312485000 |
| 12/04/2019 | $729.00 | 6380148000 | 01/06/2020 | $729.00 | 6461198000 |
| 02/05/2020 | $729.00 | 6538081000 | 03/05/2020 | $729.00 | 6619080000 |
| 04/06/2020 | $729.00 | 6689481000 | 05/04/2020 | $729.00 | 6763564000 |
| 06/09/2020 | $729.00 | 6853397000 | 07/08/2020 | $729.00 | 6926635000 |
| 08/07/2020 | $729.00 | 6997464000 | 09/09/2020 | $729.00 | 7073745000 |
| 10/06/2020 | $729.00 | 7143234000 | 11/09/2020 | $729.00 | 7222320000 |
| 12/16/2020 | $729.00 | 7309403000 | 01/11/2021 | $729.00 | 7369589000 |
| 02/23/2021 | $729.00 | 7472139000 | 03/26/2021 | $729.00 | 7550752000 |
| 04/27/2021 | $729.00 | 7624899000 | 05/20/2021 | $729.00 | 7682181000 |
| 06/14/2021 | $729.00 | 7737349000 | 07/09/2021 | $729.00 | 7798354000 |
| 08/26/2021 | $729.00 | 7902386000 | 09/17/2021 | $729.00 | 7955150000 |
| 10/12/2021 | $729.00 | 8008815000 | 11/08/2021 | $729.00 | 8070953000 |
| 12/27/2021 | $729.00 | 8167067000 | | | |

**Total Receipts: $31,347.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $31,347.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022        (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 08/20/2018 | $19.26 | 807,329 | 09/17/2018 | $707.13 | 809,320 |

**Chapter 13 Case # 18-21037**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 10/22/2018 | $707.13 | 811,205 | 11/19/2018 | $687.45 | 813,166 |
| | 12/17/2018 | $687.45 | 815,042 | 01/14/2019 | $687.45 | 816,972 |
| | 02/11/2019 | $687.45 | 818,867 | 03/18/2019 | $687.45 | 820,794 |
| | 04/15/2019 | $687.45 | 822,840 | 05/20/2019 | $687.45 | 824,807 |
| | 06/17/2019 | $699.84 | 826,876 | 07/15/2019 | $699.84 | 828,738 |
| | 08/19/2019 | $699.84 | 830,614 | 09/16/2019 | $699.84 | 832,692 |
| | 10/21/2019 | $718.06 | 834,656 | 11/18/2019 | $691.09 | 836,774 |
| | 12/16/2019 | $691.09 | 838,716 | 01/13/2020 | $691.09 | 840,600 |
| | 02/10/2020 | $691.09 | 842,475 | 03/16/2020 | $691.09 | 844,347 |
| | 04/20/2020 | $691.09 | 846,292 | 05/18/2020 | $656.10 | 848,264 |
| | 06/15/2020 | $656.10 | 849,953 | 07/20/2020 | $674.32 | 851,699 |
| | 08/17/2020 | $674.32 | 853,587 | 09/21/2020 | $674.32 | 855,354 |
| | 10/19/2020 | $674.32 | 857,272 | 11/16/2020 | $674.32 | 859,075 |
| | 12/21/2020 | $674.32 | 860,836 | 02/22/2021 | $1,348.64 | 864,265 |
| | 04/19/2021 | $674.32 | 867,809 | 05/17/2021 | $674.32 | 869,770 |
| | 07/19/2021 | $2,019.27 | 873,391 | 07/19/2021 | $25.57 | 873,391 |
| | 08/16/2021 | $659.69 | 875,079 | 08/16/2021 | $25.57 | 875,079 |
| | 10/18/2021 | $1,319.39 | 878,598 | 10/18/2021 | $51.13 | 878,598 |
| | 11/17/2021 | $666.71 | 880,307 | 11/17/2021 | $25.84 | 880,307 |
| | 12/13/2021 | $666.71 | 881,964 | 12/13/2021 | $25.84 | 881,964 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,843.70 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,360.00 | 100.00% | 1,360.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARGON COLLECTION AGEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | BRADLEY T. DOOLEN, OD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | MORRIS IMAGING ASSOCIATES PA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | PHOENIX FINANCIAL SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | PREMIER UROLOGY GROUP-CIU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | QUEST DIAGNOSTICS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | REMEX INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SA-VIT COLLECTION AGEN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 37,206.57 | 100.00% | 27,296.80 | 9,909.77 |
| 0015 | WAKEFIELD & ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO BANK CAR | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | PHOENIX FINANCIAL SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 112.00 | 100.00% | 0.00 | 112.00 |
| 0020 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 538.00 | 100.00% | 153.95 | 384.05 |

**Total Paid: $30,654.45**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $31,347.00   -   Paid to Claims: $27,450.75   -   Admin Costs Paid: $3,203.70   =   Funds on Hand: $692.55

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.